```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | CRIMINAL NO. 07-10437-MLW |
| ) | |
| CARLOS DE GRACA LOPES ) | |

### DEFENDANT'S MOTION TO SCHEDULE A RULE 11 HEARING

Defendant, Carlos De Graca Lopes, hereby respectfully requests the Court to schedule a Rule 11 hearing for on or after September 5, 2008. Defense counsel has conferred with the government and based on the schedules of both parties a date on or after September 5, 2008 would ensure that both parties would be available for the hearing. Counsel alerts the Court that Mr. Lopes requires the assistance of a Portugese interpreter. The Assistant United States Attorney assigned to this case, Aloke Chakravarty, has no objection to this request.

                                                CARLOS DE GRACA LOPES
                                                By his attorney,

                                                /s/ Stylianus Sinnis
                                                Stylianus Sinnis
                                                  BBO# 560148
                                                Federal Defender Office
                                                408 Atlantic Ave., 3rd Floor
                                                Boston, MA  02110
                                                Tel: 617-223-8061

### Certificate of Service

I, Stylianus Sinnis, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 21, 2008.

                                                /s/ Stylianus Sinnis

```
                              Stylianus Sinnis
```

Stylianus Sinnis